**Electronically Filed
Supreme Court
SCWC-22-0000374
22-OCT-2025
02:52 PM
Dkt. 13 OGAC**

SCWC-22-0000722

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HYE JA CHOI,
Petitioner/Appellant-Appellant,

vs.

TACHIBANA ENTERPISES, LLC and
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS,
Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000374; CASE NO. 1CCV-20-0001364)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devins, JJ.,
and Circuit Judge Holma, assigned by reason of vacancy)

Petitioner/Appellant-Appellant Hye Ja Choi's

Application for Writ of Certiorari, filed on September 8, 2025,

is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

held in this case, subject to further order of the court. Any

party may, within ten days and pursuant to Rule 34(c) of the

Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, October 22, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Karin L. Holma

